**No. 57287.**—Oscar Gutierez *v.* United States, protest 185948–K (New York).

Opinion by JOHNSON, J. At the trial, it was agreed that the statement made by the collector in his memorandum that the gown should have been entitled to free entry under paragraph 1615, *supra*, presented the facts in the case, and it was admitted in evidence. Counsel for the Government recommended that the allowance sought should be made. In view of the evidence presented, the claim of the plaintiff was sustained.

**No. 57288.**—World Wide Trading Company and Railway Express Agency, Inc. *v.* United States, protests 171430–K, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of hair-on leather, an upper leather made from calfskins, not in a form or shape suitable for conversion into footwear, the same in all material respects as that the subject of *Carey & Skinner, Inc.* v. *United States* (29 Cust. Ct. 8, C. D. 1436), the claim of the plaintiffs was sustained.

**No. 57289.**—Capitol Distributors Corp. et al. *v.* United States, protests 196878–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, facts, and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protests were sustained to this extent.